NOT FOR PUBLICATION                                         (Civil Doc. Nos. 42, 43, 47, 59,
                                                             62, 63, 65, 66, 69, 70, 72, 74)
                                                            (Criminal Doc. Nos. 147, 152, 153,
                                                                     155, 158, 159, 162)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No. 06-611 (RBK) |
| EDWIN PATILLO, | |
| Defendant. | |
| EDWIN L. PATILLO, | |
| Petitioner, | Civil No. 11-391 (RBK) |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**KUGLER**, United States District Judge:

   **THIS MATTER** having come before the Court upon a number of motions filed by Petitioner Edwin L. Patillo ("Patillo"), and the Court having considered the moving papers, letters, and supplementary documents provided to the Court, and for the reasons expressed in the Opinion issued this date;

   **IT IS HEREBY ORDERED** that the motions filed in Criminal Docket No. 06-611 as Doc. Nos. 147, 152, 153, 155, 158, 159, 162, are **DENIED**; and

**IT IS HEREBY FURTHER ORDERED** that the motions filed in Civil Docket No. 11-391 as Doc. Nos. 42, 43, 47, 59, 62, 63, 65, 66, 69, 70, 72, 74, are **DENIED**.

Dated: 7/28/2014                                       s/ Robert B. Kugler
                                                       ROBERT B. KUGLER
                                                       United States District Judge