Robert B. Kugler, USDJ
Mitchell H. Cohen US Courthouse,
4th & Cooper Street
Camden, NJ 08101
Re: USA v. Edwin Petillo
Case: 06-611

RECEIVED
AUG -9 2021
AT 8:30_____M
WILLIAM T. WALSH
CLERK

August 4, 2021

Dear Judge Kugler:

Please find enclosed reference letter from executive Chef, Robert Levenson dated July 27, 2021, for your consideration.

c. Filed

Much Blessings,

Edwin L. Petillo #41226050
FCI-Allenwood Medium
P.O. Box 2000
White Deer, PA 17887



7/27/21

To whom it may concern,

Please use this letter as a reference for Edwin Patillo.

Upon release of Mr. Patillo, I Robert Levenson executive chef here at Resorts casino/hotel would consider him for hire in a position with us. Whether it be in the culinary or stewarding department which I am responsible for.

This would be contigent on the abilty of Mr. Patillo to pass all onboarding requirements legislated by Resorts.

Thank you for your time

Sincerely,

Robert Levenson